IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA KHARAEVA and ZSAIAHNA HUFF, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>BAYER CORPORATION and BAYER HEALTHCARE LLC,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 2:22-CV-00640-MRP

| | |
|---|---|
| DANIELA DAWSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>BAYER CORPORATION and BAYER HEALTHCARE LLC,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the claims of Plaintiffs in the above-captioned case be dismissed against all Defendants, with prejudice, each party to bear its own costs.

Dated: December 9, 2024                              Respectfully Submitted,

                                                                            **PLAINTIFF COUNSEL**

                                                                            */s/ Joshua M. Neuman, Esq.*
                                                                            Joshua M. Neuman, Esq.
                                                                            **Pogust Goodhead, LLC**
                                                                            *Attorney for Plaintiffs, Anna Kharaeva and Zsaiahna Huff*

/s/ *Robert K. Shelquist, Esq*
Robert K. Shelquist, Esq.
**LOCKRIDGE GRINDAL NAUEN PLLP**
*Counsel for Plaintiffs, Anna Kharaeva and Zsaiahna Huff*

/s/ *James C. Shah, Esq.*
James C. Shah, Esq.
**MILLER SHAH LLP**
*Counsel for Plaintiffs, Anna Kharaeva and Zsaiahna Huff*

/s/ *Charles J. LaDuca, Esq.*
Charles J. LaDuca, Esq.
**CUNEO GILBERT & LADUCA, LLP**
*Counsel for Plaintiffs, Anna Kharaeva and Zsaiahna Huff*

/s/ *Jonas B. Jacobson, Esq.*
Jonas B. Jacobson, Esq.
**DOVEL & LUNER LLP**
*Counsel for Plaintiff, Daniela Dawson*

**DEFENDANTS' COUNSEL**

Dated: December 9, 2024

/s/ *Alexis Swartz, Esq.*
Alexis Swartz, Esq.
**LEHOTSKY KELLER COHN**
*Counsel for Defendants, Bayer Corporation and Bayer Healthcare LLC*

## CERTIFICATION OF SERVICE

I, Joshua M. Neuman, hereby certify that on December 9, 2024, a copy of the foregoing *Stipulation of Voluntary Dismissal* was filed electronically with the Clerk of the Court using CM/ECF. Parties may access this filing through the Court's system.

Dated: December 9, 2024

Respectfully Submitted,
*/s/ Joshua M. Neuman, Esq.*
Joshua M. Neuman, Esq.
**Pogust Goodhead, LLC**
161 Washington St., Ste. 250
Conshohocken, PA 19428
Phone: 610-941-4204
Fax: 610-941-4245
jneuman@pogustgoodhead.com

*Attorney for Plaintiffs*